TADEMA REALTY CO., INC., v. 29 WEST 17TH STREET, INC.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET G. O'BRIEN v. ZEL-CLA CONSTRUCTION CO., INC., and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PULLMAN HOLDING COMPANY v. RESTAURANT CRILLON, INC., and Others.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NATIONAL SURETY COMPANY v. FRIEDA HART.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS AMOLS v. MAX BERNSTEIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS CHERNUCHIN v. BENJAMIN BARKIN, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN CORBETT, an Infant, etc., v. LEROY SCOTT.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TUTTLE CORPORATION v. THE PENNSYLVANIA RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Finch, McAvoy and Martin, JJ.

MANUFACTURERS TRUST COMPANY v. AMALGAMATED TIRE STORES CORPORATION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MANSON-JACOBS CO., INC., v. WEST 129TH STREET BUILDING CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SPOTSWOOD D. BOWERS v. FIFTH AVENUE AND SEVENTY-SEVENTH STREET CORPORATION.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

YETTA WEINBERG and Others v. BENJAMIN M. ROSENBLATT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER A. MAYPER v. KENNETH D. HARLAN.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM WHITMAN CO., INC., v. HERBERT A. WITCOMBE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of ARTHUR H. MARKS and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GABRIEL deLAURENT, as Administrator, etc., v. EMMA BUDD TOWNSEND.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Substituted Trustee, etc., v.